RECEIVED
IN LAKE CHARLES, LA

SEP 2 2 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PETER CELESTINE<br>#110116 | CIVIL ACTION NO. 2:10-cv-1502<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| ED SHIRLEY, ET AL. | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous.

Lake Charles, Louisiana, this 22 day of Sept, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE